UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| MARIA ESMERALDA ROSA LOPEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-00112-SNLJ |
| | ) | |
| SAM OLSEN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER OF DISMISSAL**

For the reasons stated in the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that petitioner Maria Esmeralda Rosa Lopez's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is **DENIED**, this action is **DISMISSED** without prejudice, and the Clerk of Court is directed to **CLOSE** this case.

**SO ORDERED** this 14th day of August, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE